```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 33116
   THOMAS D MOTTL
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5638


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/22/2005 and was confirmed 10/03/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  55.00%.

     The case was paid in full 02/17/2009.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                  PAID            PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG           .00              .00              .00
CARE STATION PHYSICIANS   UNSECURED         NOT FILED              .00              .00
ECAST SETTLEMENT CORP     FILED LATE          7071.41              .00              .00
ECAST SETTLEMENT CORP     UNSECURED           9739.58              .00          5356.77
HOME DEPOT CREDIT SERVIC  UNSECURED         NOT FILED              .00              .00
KOHLS                     UNSECURED            858.48              .00           472.16
PALOS COMMUNITY HOSPITAL  UNSECURED         NOT FILED              .00              .00
PALOS EMERGENCY MEDICAL   UNSECURED         NOT FILED              .00              .00
RADIOLOGY & NUCLEAR CONS  UNSECURED         NOT FILED              .00              .00
RESURGENT ACQUISITION LL  UNSECURED            630.76              .00           346.92
RESURGENT ACQUISITION LL  UNSECURED           1993.52              .00          1096.44
ECAST SETTLEMENT CORP     UNSECURED          10662.00              .00          5864.10
ECAST SETTLEMENT CORP     UNSECURED           2113.71              .00          1162.54
ECAST SETTLEMENT CORP     UNSECURED           4742.72              .00          2608.50
CHASE HOME FINANCE LLC    MORTGAGE ARRE       1144.85              .00          1144.85
THOMAS W LYNCH            DEBTOR ATTY        2,000.00                          2,000.00
TOM VAUGHN                TRUSTEE                                              1,343.57
DEBTOR REFUND             REFUND                                                  27.22

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               21,423.07

PRIORITY                                              .00
SECURED                                          1,144.85
UNSECURED                                       16,907.43
ADMINISTRATIVE                                   2,000.00
TRUSTEE COMPENSATION                             1,343.57
DEBTOR REFUND                                       27.22
                     ---------------        ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 33116 THOMAS D MOTTL
```

```
TOTALS                                   21,423.07           21,423.07
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/10/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE